UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN DAWSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT, et al.,<br><br>    Defendants. | No. 2:18-cv-0354 CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 42) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. Failure to file a second amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated: December 19, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
daws0354.36