UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH DEAN DAWSON,

        Plaintiff,

    v.

UNITED STATES GOVERNMENT, et al.,

        Defendants.

No. 2:18-cv-0354 MCE CKD P

ORDER

    On June 10, 2019, plaintiff filed what the court construes to be a third amended complaint. Because plaintiff was not granted leave to amend his second amended complaint, nor moved for leave to amend, IT IS HEREBY ORDERED that the third amended complaint (ECF No. 59) is stricken.

Dated: June 13, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
daws0354.st