UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH DEAN DAWSON,
        Plaintiff,           No. 2:18-cv-0354 MCE CKD P
  vs.

UNITED STATES GOVERNMENT,
et al.,
        Defendants.      **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Kenneth Dean Dawson, inmate # AV-6567, a necessary and material witness in proceedings in this case on October 31, 2019, is confined in Valley State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before Magistrate Judge Barnes, 8th Floor, Courtroom 27, United States District Courthouse, 501 I Street, Sacramento, California on October 31, 2019, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Valley State Prison, P.O. Box 99, Chowchilla, CA 93610-0099:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 6, 2019

                                                            CAROLYN K. DELANEY
                                                            UNITED STATES MAGISTRATE JUDGE