UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN DAWSON, | No. 2:18-cv-0354 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES GOVERNMENT, et al., | |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The May 8, 2019 findings and recommendations (ECF No. 54) are ADOPTED in full; and

2. All claims and defendants other than claims for excessive force arising under the Eighth Amendment and retaliation arising under the First Amendment against Correctional Officer M. Daily, as detailed by plaintiff on pages 3-5 of plaintiff's second amended complaint, are dismissed.

3. This action shall proceed on those remaining claims.

IT IS SO ORDERED.

Dated: August 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE