IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH DEAN DAWSON,** | Case No. 2:18-cv-0354 MCE CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **UNITED STATES GOVERNMENT, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING, IT IS ORDERED** that Defendant's Request to Opt Out and Vacate Settlement Conference and Vacate the Order Staying the Case (ECF No. 66) is **GRANTED**. The settlement conference scheduled for October 31, 2019 is **VACATED**. The writ of habeas corpus ad testificandum issued August 7, 2019 is **QUASHED**. The stay imposed in this action on July 16, 2019 is **LIFTED**. Defendant Daily shall file his responsive pleading within 14 days.

Dated: August 23, 2019

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE