UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN DAWSON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT, et al.,<br><br>        Defendants. | No.  2:18-cv-0354 MCD CKD P<br><br><br>ORDER |

On November 4, 2019, the court received correspondence from plaintiff in which plaintiff seeks "an extension of time on the 120 window." A review of the record reveals there is no 120-day period of time allotted for anything. Accordingly, plaintiff's request is denied. The court notes that many of the documents submitted by plaintiff to the court are illegible and / or difficult to understand. If plaintiff seeks court action, he must take better care to write legibly and clearly.

Dated: November 25, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
daws0354.jo