UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN DAWSON, | No. 2:18-cv-0354 MCD CKD P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES GOVERNMENT, et al., | |
| Defendants. | |

On December 13, 2019, the court received correspondence from plaintiff in which plaintiff seeks an extension of time of 30 days to "acquire more documents." (ECF No. 81.) To the extent plaintiff requests an extension of time serve discovery requests, his request is denied as plaintiff has not shown good case for such an extension. As with much of the material submitted by plaintiff to the court, the document submitted December 13, 2019 is illegible at certain points and difficult to understand. As plaintiff has been warned before, if plaintiff seeks court action, he must take better care to write legibly and clearly.

Dated: December 18, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
daws0354.30