UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH DEAN DAWSON,

Plaintiff,

v.

UNITED STATES GOVERNMENT, et al.,

Defendants.

No.  2:18-cv-0354 MCE CKD P

ORDER

On April 27, 2020, the court received a document submitted by plaintiff which is not legible.  Good cause appearing, IT IS HEREBY ORDERED that the document filed by plaintiff on April 27, 2020 (ECF No. 88)  is stricken.  Plaintiff is reminded that his legibly written response to defendant Dailey's motion for summary judgment must be delivered to prison officials for mailing no later than May 15, 2020.  Plaintiff's failure to do so will result in a recommendation that this action be dismissed.

Dated:  April 29, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
daws0354.k