UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN DAWSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-0354 MCE CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 28, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 97.  Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

///

1

1    Having reviewed the file, the Court finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.
3    Accordingly, IT IS HEREBY ORDERED that:
4    1. The findings and recommendations filed August 28, 2020 (ECF No. 97), are
5 ADOPTED in full;
6    2. Defendant Daley's motion for summary judgment (ECF No. 85) is GRANTED;
7    3. All remaining claims are DISMISSED for failure to exhaust available administrative
8 remedies; and
9    4. The Clerk of the Court is directed to close the case.
10    IT IS SO ORDERED.

12 Dated:  October 6, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE